## JOHN S. ROBY *versus* JOHN S. REED

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Rule for bail or procedendo *p. 301; (2) time for filing declaration extended *p. 358; (3) death suggested *p. 434; (4) rule for judgment *p. 514.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) statement of accounts.

*1822–23 Calendar,* MS p. 39. Recorded in *Book B,* MS pp. 444–47.

## JAMES ABBOTT, ADMINISTRATOR, ETC., OF ALEXANDER MORRISON, DECEASED, *versus* ROBERT GARRATT

JOURNAL ENTRIES (1822): *Journal 3:* (1) Rule for special bail or procedendo *p. 302.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar,* MS p. 25.